# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-00528-RJC-DSC

| | |
|---|---|
| HILLARY BURGESS LEARY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| AETNA LIFE INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the "Motion for Admission Pro Hac Vice and Affidavit [for W. Kyle Dillard]" (document # 8) filed November 29, 2018. For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: November 29, 2018

_____
David S. Cayer
United States Magistrate Judge