IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil No. 3:18-cv-00528-RJC-DSC

| | | |
|---|---|---|
| HILLARY BURGESS LEARY, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER |
| AETNA LIFE INSURANCE COMPANY, | ) ) ) ) | |
| Defendant. | ) ) | |

**THIS MATTER** comes before the Court on the parties' Joint Motion for Continuance of Trial Date. (Doc. No. 14.) A bench trial is currently set for September 3, 2019. The parties state that they have reached an agreement in principle for the resolution of this matter and are in the process of preparing a formal settlement agreement. As a result, the parties move for a continuance of the trial date.

The Joint Motion for Continuance of Trial Date is taken under advisement. All trial deadlines are stayed. A status conference is set for September 9, 2019 at 2:00 p.m.

Signed: August 27, 2019

Robert J. Conrad, Jr.
United States District Judge